LYNN V. RIVERA, ESQ.
Nevada Bar No. 6797
**HOMAN, STONE & ROSSI, APC**
2032 Whitecliff Drive
Reno, Nevada 89521
Telephone: (775) 285-6580
Facsimile: (775) 200-0482
Email: lrivera@homan-stone.com

**Mailing Address:**
1461 Ford Street, Suite 201
Redlands, California 92373

*Attorneys for Defendant*
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FURTADO LUM, an individual; DOROTHY LEWIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; DOE SECURITY OFFICER a/k/a VAUGH, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00300-RFB-EJY<br><br>**FRCP 26 JOINT DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiffs, JAMES FURTADO LUM, and DOROTHY LEWIS and Defendant HOME DEPOT U.SA., INC., submit this proposed joint discovery plan and scheduling order to this Honorable Court.

**FRCP 26(f) Conference:** On March 15, 2024, the Parties held a scheduling conferenceo discuss the issues required by Federal Rule Civil Procedure ("FRCP") 26(f). The Parties granted each other a mutual extension of time to serve FRCP 26 Initial Disclosures in this lawsuit and

the disclosures are due by agreement by April 15, 2021.

The Parties respectfully request an eight-month discovery period. There is good cause or for an extended discovery schedule because of the delay in exchanging Initial Disclosures. The Plaintiff intends to produced HIPAAs so that Plaintiff's medical records may be subpoenaed and given his complex injuries, the alleged medical discovery will take additional time.

**Discovery Cut-Off Date:** The proposed cut-off date for discovery shall be **August 12, 2024,** which is 180 days from the date of Defendant's first appearance in Federal Court the case that occurred on February 12, 2024.

1. **Amending the Pleadings and Adding Parties:** All motions to amend the pleadings or to add parties shall be filed no later than **May 14, 2024**, ninety (90) days prior to the proposed close of discovery.

2. **FRCP 26(a)(2) Disclosures (Experts):** Disclosures concerning experts shall be made by **June 13, 2024,** sixty (60) days before the proposed discovery cut-off date. Disclosures concerning rebuttal experts shall be made by **July 15, 2024**, thirty (30) days after the initial disclosure of experts. Home Depot has noticed the Plaintiff it intends to conduct an IME of the Plaintiff for his continuing orthopedic injuries and requested a stipulation to the same given the allegation of future treatment. If Plaintiff will not agree to an IME, Home Depot anticipates filing a motion to conduct one.

3. **Dispositive Motions:** The date for filing dispositive motions shall be **September 11, 2024,** thirty (30) days after the proposed discovery cut-off date. In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to be not later than thirty (30) days from the subsequent discovery cut-off date.

4. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than **October 11, 2024**, thirty (30) days after the cut-off for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date

-2-

PARTIES' RULE 26 JOINT DISCOVERY PLAN AND SCHEDULING ORDER
Case No.

set forth in this discovery plan and scheduling order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

5. **FRCP 26(a)(3) Disclosures:** The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

6. **Alternative Dispute Resolution:** The Parties have discussed the possibility of using alternative dispute-resolution processes and will continue to explore the possibilities of settlement as this case proceeds.

7. **Alternative Forms of Case Disposition:** The Parties have discussed the possibility of trial by the magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and agree that this case is best suited before the District Court.

8. **Electronic Evidence:** The Parties do not at this time anticipate any issues about disclosures or discovery of electronically stored information, if any, including the form or forms in which it should be produced. The parties shall meet and confer and otherwise work in good faith with respect to the production of electronically stored information should any dispute arise.

9. **Extensions or Modifications of the Discovery Plan and Scheduling Order:**
Any stipulation or motion must be made pursuant to LR 26-4 and be supported by a showing of good cause, no later than twenty-one (21) days before the subject deadline.

10. **Subjects of Discovery:** The Parties agree that discovery may be taken on any subject permitted by the Federal Rules of Civil Procedure. Home Depot reserves the right to conduct Independent Medical Examinations.

11. **Discovery Phases:** The Parties do not believe it is necessary to conduct discovery in phases.

12. **Document Production:** All documents produced in this action will be delivered as either hardcopy documents, as a single-page Tagged Image File Format ("TIFF"), Portable Document Format ("PDF") images, or as an electronic documents in native format. The Parties agree to serve by email any document filed with the Court.

13. **Protective Orders for Confidential Documents and/or Information:** The Parties have discussed the need for a protective order for Home Depot's confidential documents and

-3-

will to negotiate to resolve any issues that may arise in good faith.  This scheduling corder is submitted to the Court in good faith and not for the purpose of delay.

DATED this 29TH day of March, 2024              DATED this 29th day of March, 2024.

**LAW FIRM OF PARKE ESQUIRE**                   **HOMAN, STONE & ROSSI, APC**

 */s/ Kurt Lambeth*                               */s/ Lynn V. Rivera*
KURT LAMBETH, ESQ.                              LYNN V. RIVERA, ESQ.
Attorneys for Plaintiffs                        Nevada Bar No. 6797
                                                Attorneys for Defendant
                                                HOME DEPOT U.S.A., INC.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 29, 2024                           **HOMAN, STONE & ROSSI, APC**

                                                 By:_____
                                                LYNN V. RIVERA, ESQ.
                                                *Attorneys for Defendant*
                                                HOME DEPOT U.S.A., INC.

PARTIES' RULE 26 JOINT DISCOVERY PLAN AND SCHEDULING ORDER
Case No.