LYNN V. RIVERA, ESQ.
Nevada Bar No. 6797
**HOMAN, STONE & ROSSI, APC**
2032 Whitecliff Drive
Reno, Nevada 89521
Telephone:    (775) 285-6580
Facsimile:    (775) 200-0482
Email:         lrivera@homan-stone.com

**Mailing Address:**
1461 Ford Street, Suite 201
Redlands, California 92373

*Attorneys for Defendant*
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# STATE OF NEVADA

| | |
|---|---|
| JAMES FURTADO LUM, an individual; DOROTHY LEWIS, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., a foreign corporation; DOE SECURITY OFFICER a/k/a VAUGH, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-00300-RFB-EJY <br><br> **STIPULATION AND ORDER DIRECTING CLARK COUNTY DETENTION CENTER TO ALLOW THE REMOTE DEPOSITION OF INMATE PLAINTIFF JAMES FURTADO LUM** |

COMES NOW JAMES FURTADO LUM and HOME DEPOT U.S.A., INC., through their counsel of record, and hereby stipulate that the remote deposition of James Furtado Lum occur while he is incarcerated at the Clark County Detention Center (the "CCDC"). The CCDC requires an order of this Honorable Court for the previously-noticed deposition to proceed.  There is good cause for the order because the deposition needs to occur before Lum's release date in order for the case to move forward and proceed into further discovery under the discovery deadlines set by

the Court.

DATED this 4th day of September, 2024.

                                         **HOMAN, STONE & ROSSI, APC**

                                         */s/ Lynn V. Rivera*
                                         LYNN V. RIVERA, ESQ.
                                         Nevada Bar No. 6797
                                         Attorneys for Defendant

DATED this 4th day of September, 2024.

                                         **THE BIG GUNS**

                                         */s/ Adam C. Edwards*
                                         ADAM C. EDWARDS, ESQ.
                                         Nevada Bar No. 15405
                                         Attorneys for Plaintiff

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Date: September 4, 2024

**STIPULATION AND ORDER DIRECTING CLARK COUNTY DETENTION CENTER TO PERMIT THE REMOTE DEPOSITION OF PLAINTIFF JAMES FURTADO LU**