Lynn V. Rivera, Esq. (SBN: 6797)
**HOMAN, STONE & ROSSI, APC**
2032 Whitecliff Drive
Reno, Nevada  89521
Telephone:  (775) 285-6580
Facsimile:    (775) 200-0482
Email: lrivera@homan-stone.com

Mailing Adress

1461 Ford Street, Suite 201
Redlands, California

Attorney for Defendant
HOME DEPOT U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| JAMES FURTADO LUM, an individual; DOROTHY LEWIS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a foreign corporation; DOE SECURITY OFFICER a/k/a VAUGH, an individual; DOES I through X; and ROE CORPORATIONS I through X , inclusive,<br><br>Defendants. | **Case No.:** 2:24-cv-00300-RFB-EJY<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**<br><br>(*Third Request*) |

Plaintiffs JAMES FURTADO LUM AND DOROTHY LEWIS and Defendant HOME DEPOT U.S.A., INC. ("HomeDepot") (collectively hereinafter the "Parties") by and through their attorneys of record hereby jointly stipulate and respectfully request this Honorable Court order a continuance of the discovery deadlines for 90 days pursuant to FRCP 26. The basis is that Plaintiff

Lum is incarcerated and, due to unforeseen circumstances, Plaintiff Lum's deposition was continued. Additionally, Home Depot is working with the prison to perform an independent medical examination of the Plaintiff. Finally, Home Depot is in the process of reviewing its voluminous files and records to ensure the accuracy of its responses.

1. <u>Discovery complete</u>:  The Parties have been diligently engaging in discovery. To date, Plaintiffs have served Home Depot with their responses to written discovery.  Home Depot has deposed Plaintiff Lewis. Plaintiffs have served written discovery requests on Home Depot. The Parties are actively engaging in informal settlement negotiations and, if unable to resolve, are considering a formal mediation to resolve this matter.

2. <u>Discovery remaining</u>: The Parties intend to conduct further discovery, including the deposition of Plaintiff Lum, the independent medical examination of Plaintiff Lum, the depositions of Home Depot employees, additional written discovery requests, and expert discovery.

3. <u>Describe of why remaining discovery has not been completed within the time limits previously set by the Court</u>: The Parties respectfully submit they have good cause for the 90-day extension of the discovery deadlines.  The deposition and the independent medical examination have not been completed because Plaintiff Lum is in prison and the prison provides the available dates. Additionally, Home Depot's discovery responses are outstanding because its files and records are voluminous and corporate research is required to ensure the accuracy of its responses.

4. <u>Proposed schedule for completing all remaining discovery</u>: Based on the foregoing, the Parties respectfully request that the Court grant their request to extend the discovery deadlines as follows:

| Event | Current Date | New Date |
|---|---|---|
| Discovery Cut Off | February 10, 2025 | May 11, 2025 |
| Last day to make Initial Expert Disclosures | December 10, 2024 | March 10, 2025 |
| Last Day to make Rebuttal Expert Disclosure | February 17, 2025 | April 9, 2025 |
| Dispositive Motions | March 10, 2025 | June 9, 2025 |
| Pretrial Order | April 9, 2025 | July 8, 2025 |

This stipulation was entered and filed prior to 21 days in advance of the first deadline required by Local Rule 26-4.

Dated this 21st day of November 2024.                    Dated this 20th day of November 2024

**THE BIG GUNS INJURY ATTORNEYS**           **HOMAN, STONE & ROSSI, APC**

By: */s/ Adam Edwards*                                          By: */s/ Lynn Rivera*
   Adam Edwards, Esq.                                              Lynn V. Rivera, Esq.
   Nevada Bar No. 12565                                            Nevada Bar No. 6797
   4045 Spencer Street, Suite A52                                  2032 Whitecliff Drive
   Las Vegas, NV  89119                                            Reno, NV 89521

   *Attorneys for Plaintiffs*                                      *Attorneys for Defendant*

Good Cause Appearing to extend the discovery deadlines, the deadlines are re-set in accordance with the Proposed Dates set forth above by the Parties.

**IT IS SO ORDERED.**

Date: November 21, 2024

_____
UNITED STATES MAGISTRATE JUDGE